**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **MELANIE A. FAST,** | ) | **Case No.  8:07CV310** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **NANCY FAST, and UNIVERSITY OF** | ) | |
| **NEBRASKA MEDICAL CENTER,** | ) | |
| | ) | |
| **Defendants.** | ) | |

The plaintiff has filed an application for leave to proceed in forma pauperis.  Filing No. 2.   Upon review of the plaintiff's application,

IT IS ORDERED:

Leave to proceed *in forma pauperis* is granted, and the complaint shall be filed without payment of fees.

DATED this 23rd day of August, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge